| Date | Pleading Number | |
|---|---|---|
| 11/19/75 | 1. | MOTION & SUPPORTING BRIEF -- Itek Corporation -- accompanied by complaint and amended complaints, affidavit of Thomas F. Isenburg, answers and counterclaims, 1st amended answer and counterclaim, Def.'s Answer & counterclaim, Def.'s answer to Pltf.'s 1st amended complaint, reply to counterclaim, report and recommendation by Magistrate Goettel, memorandum by J. Frankel, pretrial schedule order by Magistrate Goettel, Notice of motion to dismiss Counts I & IV, Pltf.'s memorandum on opposition to Def.'s motion to dismiss Def.'s memorandum in reply to Pltf.'s Memorandum in opposition to Def.'s motion to dismiss, consent order by J. Frankel, order by Magistrate Goettel and amended order on consent by J. Frankel as exhibits;  Schedule A attached and certificate of service on involved counsel and clerks.<br>REQUESTED TRANSFEREE FORUM: SOUTHERN DISTRICT OF NEW YORK |
| 12/2/75 | | APPEARANCES -- H. Fenster for Itek Corporation<br>G. Hecker for McDonnell Douglas<br>D. Foster for Loral Corporation<br>J. Hamilton for J. R. Schlesinger, Sec. of Defense and J. R. McLucas, Sec. of Air Force |
| 12/3/75 | | REQUEST FOR EXTENSION OF TIME -- SECRETARY OF DEFENSE, SECRETARY OF AIRFORCE, LORAL CORPORATION, MCDONNELL DOUGLAS CORP.<br>ORDER -- GRANTING EXTENSION TO FILE TO ALL TO AND INCLUDING JAN. 5, 1975 |
| 12/30/75 | | HEARING ORDER -- SETTING A-1 and A-2 FOR HEARING, JAN. 23, 1976 WASH., D.C. |
| 1/5/75 | 2 | RESPONSE -- LORAL CORP. w/cert. of service |
| 1/5/75 | 3 | RESPONSE -- MCDONNELL DOUGLAS CORP. w/cert. of service |
| 1/9/76 | 4 | RESPONSE -- JAMES R. SCHLESINGER AND JOHN R. MCLUCAS w/cert. of service |
| 1/12/76 | 5 | REPLY BRIEF -- movant Itek Corporation -- w/supporting exhbits and certificate of service. |
| 1/13/76 | 6 | MOTION FOR PROTECTIVE ORDER -- Def.Rumsfeld and Secretary to the Air Force w/certificate of service |
| 1/16/76 | 7 | SUPPLEMENTAL RESPONSE -- MCDONNELL DOUGLAS CORP. w/cert. of service |
| 1/30/76 | | PROTECTIVE ORDER -- PROTECTING AS CONFIDENTIAL -- Motions, Briefs, Responses in this litigation. Signed by Judge Wisdom (1/23/76) IN OPEN COURT -- Distributed To Counsel only |
| 3/9/76 | 8 | SUPPLEMENTAL MEMORANDUM -- ITEK |
| 3/17/76 | 9 | SUPPLEMENTAL MEMORANDUM -- McDonnell Douglas w/ certificate of service |
| 3/17/76 | 10 | RESPONSE -- DONALD RUMSFELD ET AL. w/ certificate of service |
| 3/26/76 | | OPINION AND ORDER -- DENYING TRANSFER of actions A-1 and A-2 |
| 12/96 | | Items Shredded: Amended Complaints, Brief Memorandums, Motion/Brief, Order of Panel 3/26/76, Responses, Replys, Correspondence |

DOCKET NO. 236 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*415 F.Supp 387*

## Description of Litigation

IN RE McDONNELL DOUGLAS "WILD WEASEL II/APR-38" CONTRACT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 1/23/76

Date(s) of Opinion(s) or Order(s): 3/26/76

Consolidation Ordered: ____     Name of Transferee Judge: ____

Consolidation Denied: ✓     Transferee District: ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | McDonnell Douglas Corp. v. ITEK Corp. | E.D.Mo. Meredith | 75-809(c)(1) | | | | |
| A-2 | Loral Corp. v. McDonnell Douglas Corp. | S.D.N.Y. Frankel | 73 Civ.3649 | | | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __236__ -- __IN RE McDONNELL DOUGLAS "WILD WEASEL II/APR-38"___

__CONTRACT LITIGATION___

| Plaintiff | Defendant |
|---|---|
| ITEK CORPORATION<br>Herbert L. Fenster, Esquire<br>Sellers, Conner & Cuneo<br>1625 K St., N.W.<br>Washington, D.C. 20006<br><br>McDONNELL DOUGLAS CORPORATION<br>George S. Hecker, Esquire<br>Bryan, Cave, McPheeters & McRoberts<br>500 N. Broadway<br>St. Louis, Missouri 63102<br><br>LORAL CORPORATION<br>David L. Foster, Esquire<br>Willkie, Farr & Gallagher<br>One Chase Manhattan Plaza<br>New York, New York 10005<br><br>JAMES R. SCHLESINGER, SECRETARY OF DEFENSE<br>JOHN R. McLUCAS, SECRETARY OF THE AIR FORCE<br>Jean C. Hamilton, Esquire<br>Asst. U. S. Attorney<br>U. S. Court & Customs House<br>1114 Market Street<br>St. Louis, Missouri 63101 | |